**Criminal Case Cover Sheet**　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　Category No. **II**　　Investigating Agency **ATF**

City: **New Bedford**

County: **Bristol County**

**Related Case Information:**
Superseding Ind./ Inf. _____　Case No. _____
Same Defendant _____　New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number: **22-MJ-6263-MPK; 22-MJ-6262**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Joshua Washburn**　　Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **1595 Braley Road New Bedford MA**

Birth date (Yr only): **1994**　SSN (last4#): **3123**　Sex **M**　Race: **B**　Nationality: **USA**

**Defense Counsel if known:** _____　Address _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: **Lucy Sun**　Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No　List language and/or dialect: _____

Victims: ☐ Yes ☐ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested　　☐ Regular Process　　☐ In Custody

**Location Status:**

Arrest Date: **07/15/2022**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: **New Bedford District Court** on **07/15/2022**

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **02/22/2023**　Signature of AUSA: _(signed)_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Joshua Washburn

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 922(g)(1) | Felon in possession of firearm and ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   Related Search Warrants: 22-MJ-6263-MPK; 22-MJ-6262-MPK